**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**DOLORES FORD,**

                      **Plaintiff,**

    **vs.**                                        **02-CV-1056**

**JO ANNE B. BARNHART, Commissioner**
**of Social Security,**

                        **Defendant.**
_____

**Thomas J. McAvoy,**
**Sr. U.S. District Judge**

**DECISION & ORDER**

Plaintiff has brought this action to review the final determination of the Commissioner, pursuant to 42 U.S.C. § 405(g). The matter was referred to the Hon. David E. Peebles, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.4.

The Report-Recommendation, dated September 15, 2005, recommended that Plaintiff's Complaint be dismissed. Plaintiff has not filed objections to the Report-Recommendation.

After examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, the Court adopts the Report-Recommendation for the reasons stated therein.

1

It is therefore

**ORDERED** that Plaintiff's Complaint is **DISMISSED**.

**IT IS SO ORDERED.**

Dated: November 21, 2005

_____
Thomas J. McAvoy
Senior, U.S. District Judge